AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 12:30 pm, May 23, 2024

United States of America
v.
**BRIAN PHELPS**

)
)
) Case: 1:24-cr-251
) Assigned To: Judge Judge Amy B. Jackson
) Assign. Date: 5/22/2024
) Description: INDICTMENT (B)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **BRIAN PHELPS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL;
18 U.S.C. § 924(c)(1)(A)(i) - USING, CARRYING, AND POSSESSING A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE;
22 D.C. Code § 4504(a) - CARRYING A PISTOL WITHOUT A LICENSE (OUTSIDE HOME OR PLACE OF BUSINESS);

FORFEITURE: 21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date: 05/22/2024

*Issuing officer's signature*

City and state: WASHINGTON, DC

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 05/23/24, and the person was arrested on *(date)* 5/30/2024
at *(city and state)* HILLCREST HEIGHTS, MD.

Date: 5/30/2024

*Arresting officer's signature*

FBI SA JONATHAN FUGITT
*Printed name and title*